The People of the State of New York ex rel. De Forest Grant et al., Respondents, v. Atlantic Terra Cotta Company et al., Appellants.

*People ex rel. Grant* v. *Atlantic Terra Cotta Co.*, 133 App. Div. 890, affirmed.
(Argued October 6, 1909; decided October 26, 1909.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1909, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to permit relators to examine the books of the defendant corporation.

*Graham Sumner* for appellants.

*John M. Perry* for respondents.

Order affirmed, with costs, on opinion in *People ex rel. Leach* v. *Central Fish Co.* (117 App. Div. 77).

Concur: Cullen, Ch. J., Edward T. Bartlett, Haight, Vann, Willard Bartlett, Hiscock and Chase, JJ.